IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01499-RPM-OES

TRAVELERS CASUALTY AND SURETY COMPANY,
f/k/a The Aetna Casualty and Surety Company, a Connecticut corporation; and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
f/k/a Travelers Indemnity Company of Illinois, a Connecticut corporation,

    Plaintiffs,

v.

JAMES CONSTRUCTION CO., INC.,
n/k/a Postle Development Company, Inc., a Colorado corporation,

    Defendant.

### ORDER ON UNOPPOSED MOTION TO AMEND SCHEDULING ORDER WITH RESPECT TO NUMBER OF EXPERTS

THIS MATTER is now before the Court on the Unopposed Motion to Amend Scheduling Order With Respect to Number of Experts, filed by Defendant James Construction Company (now known as Postle Development Company) on December 20, 2005. Having considered the motion, and otherwise being fully advised in the premises, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The Unopposed Motion to Amend Scheduling Order With Respect to Number of Experts is GRANTED; and

2. Section 6, paragraph d(2) of the Amended Scheduling Order, entered on October 11, 2005, shall be deemed AMENDED as follows:

- 2 -

State any limitations proposed on the use or number of expert witnesses:

Four (4) experts per side, exclusive of rebuttal experts.

DATED this 20th day of December, 2005.

BY THE COURT:

s/Richard P. Matsch
Richard P. Match, Senior District Judge

00036091

- 2 -