IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-1499-RPM-OES

TRAVELERS CASUALTY AND SURETY COMPANY f/k/a The Aetna Casualty and Surety
  Company, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY
  OF AMERICA f/k/a Travelers Indemnity Company of Illinois, a Connecticut corporation,

Plaintiffs,

v.

JAMES CONSTRUCTION CO., INC. n/k/a POSTLE DEVELOPMENT COMPANY, INC., a Colorado
  corporation,

Defendants.

_____

**ORDER RE:  STIPULATED MOTION FOR**

**MODIFICATION OF SCHEDULING ORDER**

_____

- 2 -

This matter is before the Court on the parties' Stipulated Motion for Modification of Scheduling Order, filed January 13, 2006. Good cause appearing, the Court ORDERS as follows:

The dates in the scheduling order are modified as follows: (a) Initial expert witness disclosures by February 13, 2006; (b) Rebuttal expert witness disclosures by March 13, 2006; (c) Discovery cutoff is April 10, 2006; and (d) dispositive motions due by May 8, 2006. In all other respects the scheduling order remains unchanged.

DATED: January 17th, 2006

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

00037473