IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 3 2006

GREGORY C. ...
CLERK

Civil Action No. 04-cv-1499-RPM-OES

TRAVELERS CASUALTY AND SURETY COMPANY f/k/a The Aetna Casualty and Surety Company, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a Travelers Indemnity Company of Illinois, a Connecticut corporation,

Plaintiffs,

JAMES CONSTRUCTION CO., INC. n/k/a POSTLE DEVELOPMENT COMPANY, INC., a Colorado corporation,

Defendants.

---

### ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

---

IT IS HEREBY ORDERED THAT Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), this action is hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED: February 23rd, 2006

By: _____
Richard P. Matsch, Senior Judge

DMWEST #6357980 v1